```
                IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION


TRANE U.S. INC.                    )
                                   )
v.                                 )   Civil Action No. 3:10-0415
                                   )   Judge Nixon/Knowles
RWC, INC.                          )
```

## O R D E R

The Court has been advised that the parties have settled this case. Accordingly, the Initial Case Management Conference set for Monday, June 21, 2010, at 10:00 a.m. is CANCELLED. On or before June 29, 2010, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

The Clerk is directed to forward this file to the Honorable John T. Nixon, Senior District Judge, for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before June 29, 2010.

Any request for an extension of this deadline should be directed to Judge Nixon. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

```
                         _____
                         E. CLIFTON KNOWLES
                         United States Magistrate Judge
```