IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRANE U.S. INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:10-cv-00415 |
| RWC, INC., | ) ) ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL**

Upon announcement by the undersigned parties that they have reached a settlement of the claims in this action, it is hereby

ORDERED that this action is dismissed with prejudice. Each party will bear its own costs. It is further ORDERED that the United States District Court for the Middle District of Tennessee retains jurisdiction over the parties to construe and enforce the terms of the settlement agreement.

ENTER: this 22nd day of June, 2010

_____
John T. Nixon, Senior District Judge